IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LAURIE CLAIR-UBBEN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HIGBEE WEST MAIN, LP d/b/a DILLARD'S, INC., d/b/a DILLARD'S DEPARTMENT STORE #340<br><br>　　　　Defendant. | No. 4:22-cv-193<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JEAN MAUSS** |

COMES NOW the undersigned attorney, Jean Mauss, and hereby withdraws as counsel for Plaintiff. Kimberley K. Baer is counsel of record in this case and will continue to represent the Plaintiff. The undersigned attorney's withdrawal will have no material adverse effect on the Plaintiff's interests.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　*/s/ Jean Mauss*
　　　　　　　　　　　Kimberley K. Baer　　　AT0000683
　　　　　　　　　　　Jean Mauss　　　　　　AT0005006
　　　　　　　　　　　BAER LAW OFFICE
　　　　　　　　　　　838 Fifth Avenue
　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　Telephone: 515-279-2000
　　　　　　　　　　　Facsimile: 515-279-2137
　　　　　　　　　　　kbaer@baerlawoffice.com
　　　　　　　　　　　jmauss@baerlawoffice.com
　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**